

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN K. SMITH | CIVIL ACTION |
| VERSUS | NO. 00-321 |
| TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX ET AL. | SECTION "S" (5) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) for failure to state a cognizable claim.

New Orleans, Louisiana, this 5 day of April, 2000.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 0 5 2000