

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -5 P 12: 14

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**STEVEN K. SMITH**                           **CIVIL ACTION**

**VERSUS**                                    **NO. 00-321**

**TERREBONNE PARISH CRIMINAL**                **SECTION "S" (5)**
**JUSTICE COMPLEX ET AL.**


## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendants, and against the plaintiff Steven K. Smith, dismissing the plaintiff's complaint with prejudice.

New Orleans, Louisiana, this _____5_____ day of _____April_____, 2000.


_____
UNITED STATES DISTRICT JUDGE


DATE OF ENTRY
APR 0 5 2000